AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following
☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-1674-RGA | DATE FILED<br>9/6/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ALLERGAN USA, INC., et al. | | DEFENDANT<br>AUROBINDO PHARMA LTD. and<br>AUROBINDO PHARMA USA, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,741,356 B2 | 6/22/2010 | Janssen Pharmaceutica NV |
| 2 | 7,786,158 B2 | 8/31/2010 | Janssen Pharmaceutica NV |
| 3 | 8,344,011 B2 | 1/1/2013 | Janssen Pharmaceutica NV |
| 4 | 8,609,709 B2 | 12/17/2013 | Janssen Pharmaceutica NV |
| 5 | 8,772,325 B2 | 7/8/2014 | Janssen Pharmaceutica NV |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Amended Order |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>N. Selmyer | DATE<br>2/24/2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 9/6/2019 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF ALLERGAN USA, INC., et al. | | DEFENDANT AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,205,076 B2 | 12/8/2015 | Janssen Pharmaceutica NV |
| 7 | 9,700,542 B2 | 7/11/2017 | Janssen Pharmaceutica NV |
| 8 | 10,213,415 B2 | 2/26/2019 | Janssen Pharmaceutica NV |
| 9 | | | |
| 10 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |